Helen A. HARVEY, Respondent,

v.

Richard Lee HARVEY, Appellant.

No. WD 40375.

Missouri Court of Appeals,
Western District.

Oct. 4, 1988.

Gene P. Graham, Graham & Graham, Independence, for appellant.

John W. Dennis, Jr., Paden, Welch, Martin & Albano, Independence, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from denial of motion for modification of maintenance.

Affirmed. Rule 84.16(b).